**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 27, 2025.**



_____
**MICHAEL M. PARKER
UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 15 Case |
| LZLABS GMBH, | § § | Case No. 25-60769 (MMP) |
| Debtor in a Foreign Proceeding. | § § § | |

**ORDER GRANTING DEBTOR'S *EMERGENCY* MOTION TO
SCHEDULE HEARING ON FIRST DAY MOTIONS**

Before the Court is the *Debtor's Emergency Motion to Schedule Hearing on First Day Motions* (the "Motion")[1] filed by LzLabs GmbH ("LzLabs" or "Debtor" or "Foreign Representative"), the Debtor in the above-styled bankruptcy case, requesting an emergency hearing on *Emergency Motion of the Debtor, as Foreign Representative, for Provisional Relief Pursuant to Bankruptcy Code Section 1519* [**Dkt. No. 3**]; *Debtor's Emergency Motion for Order (I) Scheduling Recognition Hearing and (II) Specifying Form and Manner of Service of Notice*

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

1

2

[**Dkt. No. 4**]; and *Debtor's Emergency Motion to File Confidential Exhibit to Seal* [**Dkt. No. 5**]. For the reasons stated in the Motion, the Court finds and concludes that the Motion should be GRANTED.

ACCORDINGLY, IT IS HEREBY ORDERED that the Motion is hereby granted and the matters are set on **Expedited Basis for October 28, 2025 @2:30pm in Courtroom #1, Waco Texas** or via ZOOM at **https://www.zoomgov.com/my/parkercourt1 ID 16052693674.** Debtor's counsel is responsible for notice.

### ###